UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2022
```

Carmen Tavarez-Vargas, individually and on behalf of all others similarly situated,

                        Plaintiff,

      -against-

Elderscan, LLC,

                        Defendant.

1:21-cv-09812 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, March 3, 2022 at 2:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
              February 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge